**David R. GELINAS; Karen M. Gelinas,**
**Plaintiffs-Appellants,**

v.

**U.S. BANK, as Trustee FOR LSF9 MAS-**
**TER PARTICIPATION TRUST; et al.,**
**Defendants-Appellees.**

No. 17-35292

United States Court of Appeals,
Ninth Circuit.

Submitted February 13, 2018 *

Filed February 23, 2018

David R. Gelinas, Pro Se

Karen M. Gelinas, Pro Se

Kathleen Stetsko, Attorney, Perkins
Coie LLP, Chicago, IL, Tina R. Thomas,
Esquire, Attorney, Perkins Coie LLP, Se-
attle, WA, for Defendants-Appellees U.S.
Bank, Caliber Home Loans, Inc.

Joseph W. McIntosh, McCarthy & Hol-
thus LLP, Seattle, WA, for Defendant-
Appellee Quality Loan Service Corporation

Before: LEAVY, FERNANDEZ, and
MURGUIA, Circuit Judges.

### MEMORANDUM **

David R. Gelinas and Karen M. Gelinas
appeal pro se from the district court's
judgment dismissing for failure to file an
amended complaint their action alleging
federal and state law claims arising from a
pending foreclosure. We have jurisdiction

under 28 U.S.C. § 1291. We review for an
abuse of discretion. *Al-Torki v. Kaempen,*
78 F.3d 1381, 1384 (9th Cir. 1996). We
affirm.

In the opening brief, plaintiffs fail to
address how the district court erred in
dismissing their action for failure to prose-
cute. As a result, plaintiffs have waived
their challenge to the district court's order.
*See Smith v. Marsh,* 194 F.3d 1045, 1052
(9th Cir. 1999) ("[O]n appeal, arguments
not raised by a party in its opening brief
are deemed waived."); *Greenwood v. FAA,*
28 F.3d 971, 977 (9th Cir. 1994) ("We
review only issues which are argued specif-
ically and distinctly in a party's opening
brief.").

**AFFIRMED.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by Ninth Circuit Rule 36-3.